UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID WALKER,** | ) **Case No.** 3:12-CV-05174-MEJ |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that the Plaintiff's counsel's request to appear telephonically at the Initial Case Management Conference on January 10, 2013, is granted.

Dated this ____ day of January, 2013



_____
The Honorable Maria-Elena James

```
Request is DENIED AS MOOT,
see Docket No. 13, vacating
CMC previously scheduled for
1/10/2013.
Dated:  1/4/2013
```

Order