UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DAVID WALKER,**

Plaintiff,

vs.

**PORTFOLIO RECOVERY ASSOCIATES, LLC,**

Defendant.

CASE NO.: 3:12-CV-05174-MEJ

**ORDER**

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys fees. The Clerk shall close the file.

Dated this  3rd  day of June, 2013.

_____
The Honorable Maria-Elena James